UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONSOON BLOCKCHAIN STORAGE,
INC.,

                    Petitioner,

          -against-

MAGIC MICRO CO., LTD.,

                    Respondent.

22-CV-3114 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On April 24, 2023, Petitioner filed a petition to confirm an arbitration award. To date, Respondent has not appeared or opposed the petition. Although Petitioner has sought and received a certificate of default, proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm, such as a memorandum of law, by **August 10, 2023**. Respondent's opposition, if any, is due by **August 24, 2023**. Petitioner's reply, if any, is due by **August 31, 2023**.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than **August 10, 2023**, and shall file an affidavit of such service with the court no later than **August 11, 2023**.

Dated: July 13, 2023
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge