UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONSOON BLOCKCHAIN STORAGE, INC.,

                       Petitioner,

-against-                            22-CV-3114 (JGLC)

MAGIC MICRO CO., LTD.,                          **ORDER**

                       Respondent.

JESSICA G. L. CLARKE, United States District Judge:

       Purported counsel for Petitioner, Christopher Basile and Deborah Misir, have filed letters objecting to each other's appearance on behalf of Petitioner. ECF Nos. 45 and 50. It appears that the dispute is at least in part over who controls Monsoon Blockchain Storage, Inc., and who is the rightful holder of the arbitration award at issue, should the award be confirmed by the Court. *See* ECF No. 51. This matter is currently being litigated in the Delaware Chancery Court. *See Basile v. Basile et al.*, No. 2024-0712-JTL (Del. Ch. Ct.). Accordingly, until the resolution of the matter of ownership and control, this case is STAYED. Petitioner shall file a status update with the Court once ownership of Monsoon Blockchain Storage, Inc. has been determined.

Dated: January 21, 2025
       New York, New York

                                                          SO ORDERED.

                                                          JESSICA G. L. CLARKE
                                                          United States District Judge