UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONSOON BLOCKCHAIN STORAGE, INC.,

                Petitioner,

-against-

MAGIC MICRO CO., LTD.,

                Respondent.

22-CV-3114 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      In light of the stay on this case and the Court's order at ECF No. 54, no further briefing on the dispute regarding proper counsel for Petitioner or any further motions are permitted, except a motion to lift to stay after the resolution of the relevant state case.

Dated: January 23, 2025
       New York, New York

                                  SO ORDERED.

                                  *Jessica Clarke*

                                JESSICA G. L. CLARKE
                                United States District Judge