UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONSOON BLOCKCHAIN STORAGE, INC.,

                      Petitioner,

-against-

MAGIC MICRO CO., LTD.,

                      Respondent.

22-CV-3114 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    Given the default judgment of the Delaware Chancery Court declaring Donald Basile the sole officer and director of Monsoon Blockchain Storage, Inc., *see* ECF No. 59-5, the Court concludes that the appropriate counsel for Petitioner are Deborah Nirmala Misir and William John Hughes, as appointed by Donald Basile.

    Christopher Basile's motion to intervene at ECF Nos. 61 and 62 is DENIED. Christopher Basile is directed to cease further filings in this case. Petitioners' letter motion for leave to file restraints is DENIED as moot.

    The Clerk of Court is directed to lift the stay, to remove Christopher Basile as counsel, and to terminate ECF Nos. 59, 61, 62, and 64.

    Because Respondent has yet to obtain counsel per the Court's Order at ECF No. 33, Petitioner is directed to file any motion for default judgment by **March 31, 2025**.

Dated: February 26, 2025
       New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*
                                          JESSICA G. L. CLARKE
                                          United States District Judge