UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONSOON BLOCKCHAIN STORAGE, INC.,

                Petitioner,

-against-

MAGIC MICRO CO., LTD.,

                Respondent.

22-CV-3114 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On March 31, 2025, Petitioner filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2).[1] *See* ECF Nos. 69, 70.

On August 21, 2025, the Court issued an Order to Show Cause ordering Respondent to respond in writing no later than September 9, 2025, as to why an order should not be issued granting a default judgment against Respondent. ECF No. 75. The Court warned that if Respondent failed to respond by that date, judgment may be entered against it. *Id*. Respondent failed to file anything by that deadline.

Accordingly, a default judgment should be entered against the Respondent.

The Court refers the case to Magistrate Judge Netburn for an inquest to determine the judgment to be entered.

The Clerk of Court is directed to terminate ECF No. 69.

        SO ORDERED.

Dated: October 16, 2025
       New York, New York

                                                    *Jessica Clarke*
                                                  JESSICA G. L. CLARKE
                                                  United States District Judge

---

[1] The Court also rules pursuant to Local Civil Rule 55.2(b).