**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MONSOON BLOCKCHAIN STORAGE, INC,

                Petitioner,

                22 **CIVIL** 3114 (JGLC)

      -against-              **DEFAULT JUDGMENT**

MAGIC MICRO CO., LTD.,

                Respondent.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated October 16, 2025, motion for a default judgment is granted; accordingly, judgment is entered in favor of the Petitioner against Respondent.

**DATED**: New York, New York
           October 17, 2025

                                **TAMMI M. HELLWIG**
                                    **Clerk of Court**

          **BY**: _____
                                    **Deputy Clerk**