UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONSOON BLOCKCHAIN STORAGE, INC.,

                Petitioner,

-against-

MAGIC MICRO CO., LTD.,

                Respondent.

22-CV-3114 (JGLC) (SN)

**ORDER WITHDRAWING REFERENCE TO MAGISTRATE JUDGE**

JESSICA G. L. CLARKE, United States District Judge:

    On October 16, 2025, the Court referred this case to Magistrate Judge Netburn for an inquest. ECF Nos. 77, 78. It is hereby ORDERED that the reference is WITHDRAWN. Instead, it is hereby ORDERED that all parties appear for a conference with the Court on November 12, 2025, at 2:00 p.m. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 854925710#. The parties should be prepared to discuss the judgment to be entered after default judgment was entered against Defendant Magic Micro Co., Ltd.

Dated: October 21, 2025
       New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*

                                          JESSICA G. L. CLARKE
                                          United States District Judge